MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. **Jose Sanchez** , No. **24-mj-2394**

**ATTORNEY FOR GOVERNMENT:** Carrie Daughtrey

**ATTORNEY FOR DEFENDANT:** Dumaka Shabazz  (**AFPD**)  Panel   Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** (**YES**)  NO    **LANGUAGE/INTERPRETER:** Judith Kristy
☑ PRESENT    ☐ ON TELEPHONE

☐ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**  ☐ **ON A SUMMONS**  ☐ **ARRESTED ON:** _____
DEFENDANT HAS A COPY OF:
☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel              ☐ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed      ☐ FPD Appointed
☐ Defendant advised of right to silence       ☐ Defendant advised of right to **Consular notification**
☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
☐ Defendant waived rights under IAD          ☐ Defendant to be returned to State custody
☐ Government motion for detention           ☐ Defendant temporarily detained
☐ Defendant waived detention hearing         ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody
☐ Defendant remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
　　☐ Own recognizance with conditions of release   ☐ standard   ☐ special
　　☐ Appearance bond in the amount of: _____
　　☐ Property bond [description of property]: _____
☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
　　☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
　　☐ Defendant waives reading thereof        ☐ Indictment/Information read to defendant by Judge
　　**PLEA:** ☐ **GUILTY**   ☐ **NOT GUILTY**    ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 11.25.24         **TOTAL TIME:** 38 minutes
**BEGIN TIME:** 9:38 a.m.    **END TIME:** 10:16 a.m.
*Digitally Recorded* ✓
**VIDEO CONFERENCE**

Form Revised 2/9/2018         Page 1 of **2**

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☐ **PRELIMINARY HEARING**    **CONTINUED TO:** _____
    ☐ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☑ **DETENTION HEARING**    **CONTINUED TO:** _____
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]:_____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☑ Defendant detained, order to enter    ☐ ICE detainer pending
    ☑ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**
☑ **Witness and Exhibit List attached**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)